UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GEORGE MARTHA,

Plaintiff,

v.

HYUNDAI MOTOR AMERICA, et al.,

Defendants.

Case No. 2:26-cv-02585-DAD-CSK (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTIONS FOR A PRELIMINARY INJUNCTION

(Doc. Nos. 3, 4, 5)

Plaintiff initiated this civil action by filing a complaint on July 27, 2026, and proceeds *pro se* and *in forma pauperis*. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

With his complaint, plaintiff filed a motion for a preliminary injunction, seeking an order freezing his monthly payments due to the named defendant. (Doc. No. 3.) On July 30, 2026, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion for a preliminary injunction be denied as premature and because plaintiff's complaint was being dismissed with leave to amend. (Doc. No. 4.)

The findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id*. at 6.) On August 3, 2026, plaintiff filed a second motion for preliminary injunction. (Doc. No. 5.) The Court construes plaintiff's duplicative motion as his objections to the pending findings and

recommendations. The Court has considered all objections raised by plaintiff, none of which provide a basis for the rejection of those findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a de novo review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on July 30, 20206 (Doc. No. 4), are ADOPTED IN FULL;
2. Plaintiff's first motion for a preliminary injunction (Doc. No. 3) is DENIED;
3. Plaintiff's second motion for preliminary injunction (Doc. No. 5), also construed as plaintiff's objections to the pending findings and recommendations, is DENIED; and
4. This action is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **October 20, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE